✓ # 10108   # 128644

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 JUL -6 PM 4:04
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  KNOTT, SHANNON        Case No. 09-35563

Judge MARY ANN WHIPPLE

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Toledo Memorial Park & Mausoleum | 6382 Monroe St<br>Sylvania, OH 43560 | $4.54 |
| Ohio Dept of Taxation<br>Attn: Bankruptcy Division | PO Box 530<br>Columbus, OH 43216 | $3.03 |

Check for $7.57 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 7/1/10

cc:
Office of the U.S. Trustee